# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### District of Wisconsin

Case Number: 1:25-CV-00093

Plaintiff: **SCHMIDTKNECHT, et al.**
vs.
Defendant: **OPTUMRX, INC., et al.**

For:
Jerome A. Hierseman, Esquire
END, HIERSEMAN AND CRAIN, L.L.C.
731 N. Jackson Street, Suite 600
Milwaukee, WI 53202

Received by Cal Process Servers on the 22nd day of January, 2025 at 7:59 am to be served on **OPTUMRX, INC., 330 N. BRAND BLVD., SUITE 700, GLENDALE, CA 91203**.

I, Jorge Rivera, do hereby affirm that on the **24th day of January, 2025** at **12:40 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET,** with the date and hour of service endorsed thereon by me, to:

**JESSE GASTELUM, Process agent for CT CORPORATION SYSTEMS, AGENT FOR SERVICE** at the address of: **330 N. BRAND BLVD., SUITE 700, GLENDALE, CA 91203** on behalf of **OPTUMRX, INC.**, and informed said person of the contents therein, in compliance with state statutes.

**Service Fee Items:**
| | |
|---|---|
| Routine Process Service | $75.00 |
| Total | $75.00 |

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Jorge Rivera
4690     1/30/2025
Date

Cal Process Servers
14271 Jeffrey Road, #308
Irvine, CA 92620
(949) 295-8028

Our Job Serial Number: RSC-2025000064

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a