IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

SHANON SCHMIDTKNECHT individually and WILLIAM SCHMIDTKNECHT individually and as Special Administrator of the Estate of COLE SCHMIDTKNECHT,

Plaintiffs,

v.

OPTUMRX, INC., WALGREENS BOOTS ALLIANCE, INC., and WALGREENS PHARMACY,

Defendants.

Case No. 1:25-cv-0093-BBC

## DEFENDANT OPTUMRX, INC.'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6) and L.R. 7, Defendant OptumRx, Inc. ("Optum Rx"), through undersigned counsel, hereby moves to dismiss all of Plaintiffs Shanon Schmidtknecht and Williams Schmidtknecht's claims against it for failure to state a claim upon which relief can be granted. The grounds for Optum Rx's Motion are set forth in its concurrently filed Memorandum in Support of OptumRx, Inc.'s Motion to Dismiss.

Dated: February 14, 2025.

**FOLEY & LARDNER LLP**

*/s/ Matthew D. Krueger*
Matthew D. Krueger, WI Bar No. 1096923
Foley & Lardner LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202-5306
(P) 414.297.4987
(F) 414.297.4900
mkrueger@foley.com

Andrew C. Gresik, WI Bar No. 1104650
Foley & Lardner LLP
150 East Gilman Street, Suite 5000
Madison, WI 53703-1482
(P) 608.258.4235
(F) 608.258.4258
agresik@foley.com

*Attorneys for Defendant OptumRx, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, the foregoing document was electronically filed with the Clerk of Court and served on all counsel of record using the Court's CM/ECF system.

Dated: February 14, 2025                             /s/ *Matthew D. Krueger*
                                                    Matthew D. Krueger