UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SHANON SCHMIDTKNECHT individually and WILLIAM SCHMIDTKNECHT individually and as Special Administrator of the Estate of COLE SCHMIDTKNECHT,<br><br>        Plaintiffs,<br><br>   v.<br><br>OPTUMRX, INC., WALGREENS BOOTS ALLIANCE, INC., and WALGREENS PHARMACY,<br><br>        Defendants. | Case No. 1:25-cv-0093-BBC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby enters an appearance on behalf of Defendant OptumRx, Inc., in the above-captioned case, and requests that all further notices, court-filed submissions, and orders be served upon him at the address listed below.

Dated this 26th day of September, 2025

**FOLEY & LARDNER LLP**

   */s/ John F. Zabriskie*
John F. Zabriskie
Illinois Bar No. 6187887
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 3000
Chicago, IL 60654-4762
T 312.832.5199
F 312.832.4700
jzabriskie@foley.com

*Attorneys for Defendant OptumRx, Inc.*

4932-0489-8922.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on the date set forth below, the foregoing document was electronically filed with the Clerk of Court and served on all counsel of record using the Court's CM/ECF system.


Dated: September 26, 2025              */s/ John F. Zabriskie*
                                                                  John F. Zabriskie